**United States Bankruptcy Court**
**Eastern District of Michigan**

IN RE: _____  Case No. **11-59776** _____

**Mills, Patricia S.**_____  Chapter **7** _____
                                    Debtor(s)

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   ☑ **FLAT FEE**

   A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee  **1,098.00**
   B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **550.00**
   C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **548.00**

   ☐ **RETAINER**

   A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  _____
   B. The undersigned shall bill against the retainer at an hourly rate of $ _____ . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **299.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   E. ~~Reaffirmations;~~
   F. ~~Redemptions;~~
   G. ~~Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6. The source of payments to the undersigned was from:

   A. ✓ Debtor(s)' earnings, wages, compensation for services performed
   B. ____ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Date: **July 21, 2011**_____       **/s/ Kurt R Haskell**_____
                                                                    Attorney for the Debtor(s)

Agreed: **/s/ Patricia S. Mills**_____    _____
                Debtor                  **Patricia S. Mills**   Debtor